UNITED STATES BANKRUPTCY COURT

WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: <u>Deborah J. Jones aka Deborah J. Wilson;,</u> ) | |
|     Debtor  ) | Case No. <u>14-22860</u> |
| ) | |
| ) | Chapter 13 |
| <u>Citimortgage, Inc.</u>) | |
|     Name of Transferor  ) | |
| ) | |
| <u>Federal National Mortgage Association</u>  ) | |
| <u>("Fannie Mae"), creditor c/o Seterus</u>  ) | |
|     Name of Transferee  ) | |

NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No. <u>9</u> was filed or deemed filed under 11 U.S.C. section 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security and Notice of Transfer dated: <u>March 23, 2016</u> in the clerk's office of this court on: March 24, 2016

DEADLINE TO OBJECT TO TRANSFER

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further Order of the court.

Date: <u>March 23, 2016</u>

                      /s/Lisa Singer
                        Lisa Singer
                Signature of Transferee's Agent

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

WESTERN DISTRICT OF PENNSYLVANIA

**In re** Deborah J. Jones aka Deborah J. Wilson; ,                    **Case No.** 14-22860

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus | Citimortgage, Inc. |
|---|---|
| **Name of Transferee** | **Name of Transferor** |

**Name and Address where notices to transferee should be sent:**
Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc.
PO Box 1047
Hartford, CT 06143-1047

**Phone:** _____
**Last Four Digits of Acct #:** XXXX5287

**Court Claim # (if known):** 9
**Amount of Claim:** 30,654.20
**Date Claim Filed:** 10/23/2014

**Phone:** _____
Last Four Digits of Acct #:

**Name and Address where transferee payments should be sent (if different from above):**
Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc.
PO Box 1047
Hartford, CT 06143-1047

**Phone:** _____

**Last Four Digits of Acct #:** XXXX5287

I declare under penalty and perjury that the information provided in this notice is true and correct to the best upon my knowledge and belief.

By: /s/Lisa Singer                                           Date: March 23, 2016
    Lisa Singer
    Transferee/Transferee's Agent

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Transfer of Claim has been served via Electronic Case Filing on the following parties:

Albert G. Reese, Jr., Esq.
Debtor(s) Attorney

Ronda J. Winnecour, Esq.
Chapter 13 Trustee

Troy G. Jacob
Attorney for Transferor

I hereby certify that a copy of the foregoing Notice of Transfer of Claim and Transfer of Claim have been served via first class mail on the following parties:

Citimortgage, Inc.
P.O. Box 6030
Sioux Falls, SD 57117

March 24, 2016

/s/Arzoo Mamoor
Arzoo Mamoor